# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (family trust; no reportable assets because I did not create the trust and have no beneficial interest in the trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Janus & Associates, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #1 | K |
| 2. United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #2 | K |
| 3. JP Morgan Chase | Credit Card | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. `AT&T (common stock) | B | Dividend | | | Sold | 01/18/19 | K | C | |
| 2. DowDuPont (common stock) | A | Dividend | | | | | | | |
| 3. General Electric (common stock) | A | Dividend | J | T | | | | | |
| 4. IBM (common stock) | C | Dividend | M | T | | | | | |
| 5. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 6. Merrill Lynch Bank Deposit Program | A | Interest | | | Closed | 07/19/19 | J | | |
| 7. Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 8. Pfizer (common stock) | C | Dividend | M | T | | | | | |
| 9. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | N | T | | | | | |
| 10. U.S. Savings Bonds | | None | K | T | | | | | |
| 11. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 12. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 13. Vanguard Federal Money Market Fund | A | Int./Div. | L | T | | | | | |
| 14. Vanguard Information Tech ETF | B | Dividend | M | T | | | | | |
| 15. Vanguard Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 16. Vanguard Long-Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 17. Vanguard S&P 500 Index Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tharp, John J.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 19. Fidelity CORE Cash Sweep Fund | A | Interest | J | T | Open | 07/19/19 | J | | |
| 20. Capital One Checking | A | Interest | J | T | | | | | |
| 21. Corteva | A | Dividend | J | T | | | | | |
| 22. | | | | | Sold (part) | 06/01/19 | J | A | |
| 23. Dow | A | Dividend | J | T | | | | | |
| 24. Dupont De Nemours | A | Dividend | K | T | | | | | |
| 25. Wabtec | A | Dividend | J | T | | | | | |
| 26. | | | | | Sold (part) | 02/19/19 | J | A | |
| 27. Vanguard Growth ETF | A | Dividend | K | T | Buy | 07/23/19 | K | | |
| 28. PTC Inc. (X) | | None | J | T | | | | | |
| 29. IRA #1 (H) | | | | | | | | | |
| 30. --Vanguard Total International Stock Index Fund | C | Dividend | L | T | | | | | |
| 31. --Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 32. --Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 33. IRA #2 (H) | | | | | | | | | |
| 34. --Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 36. --Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 37. IRA #3 (H) | | | | | | | | | |
| 38. --Fidelity Magellan Fund | E | Dividend | N | T | | | | | |
| 39. IRA #4 (H) | | | | | | | | | |
| 40. --Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 41. IRA #5 (H) | | | | | | | | | |
| 42. --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | D | Dividend | M | T | | | | | |
| 43. --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | C | Dividend | M | T | | | | | |
| 44. --DFEVX - MFO DFA Emerging Markets Value | C | Dividend | M | T | | | | | |
| 45. --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | D | Dividend | L | T | | | | | |
| 46. --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | B | Dividend | L | T | | | | | |
| 47. --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | C | Dividend | L | T | | | | | |
| 48. --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | D | Dividend | N | T | | | | | |
| 49. --NMFIX MFB Northern Multimanager | B | Dividend | L | T | | | | | |
| 50. --NOMIX - MFB Northern Mid Cap Index Fund | C | Dividend | M | T | | | | | |
| 51. --NOSIX - MFB Northern Funds Stock Index Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --NSIDX - MFB Northern Funds Small Cap Index Fund | B | Dividend | M | T | Sold (part) | 05/03/19 | K | D | |
| 53. QDF MFC Flexshares Trust Quality | D | Dividend | N | T | | | | | |
| 54. NHFIX MFB Northern High Yield Fixed Income | B | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 55. BHYIX Black Rock Federal High Yield Bond | D | Int./Div. | M | T | Buy (add'l) | 12/13/19 | J | | |
| 56. NOGXX Northern US Govt Money Market | A | Int./Div. | K | T | | | | | |
| 57. IRA #6 (H) | | | | | | | | | |
| 58. --Fidelity Blue Chip Growth | C | Dividend | M | T | | | | | |
| 59. --Fidelity Independence | E | Dividend | N | T | | | | | |
| 60. IRA #7 (H) | | | | | | | | | |
| 61. --Fidelity Independence | C | Dividend | K | T | | | | | |
| 62. Trust #1 (H) | | | | | | | | | |
| 63. Trust #2 (H) | | | | | | | | | |
| 64. --Allstate (common) | B | Dividend | L | T | | | | | |
| 65. --American Electric Power (common) | B | Dividend | K | T | | | | | |
| 66. --Anadarko Petroleum (common) | A | Dividend | | | Sold (part) | 08/09/19 | K | E | |
| 67. --AT&T (common) | C | Dividend | L | T | | | | | |
| 68. --Blackrock Global Allocation C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --BP Amoco (ADR) | A | Dividend | J | T | | | | | |
| 70. --Chemours | A | Dividend | J | T | | | | | |
| 71. --Conoco Phillips (common) | A | Dividend | K | T | | | | | |
| 72. --DowDuPont (common) | A | Dividend | | | | | | | |
| 73. --Duke Energy (common) | A | Dividend | J | T | | | | | |
| 74. --Exxon (common) | C | Dividend | L | T | | | | | |
| 75. --Fortune Brands Home & Security (common) | A | Dividend | K | T | | | | | |
| 76. --Hershey (common) | B | Dividend | L | T | | | | | |
| 77. --ISHARES Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 78. --ISHARES S&P Growth ETF (IVW) | A | Dividend | K | T | Buy (add'l) | 07/22/19 | K | | |
| 79. --Ivy Asset Strategy | B | Dividend | K | T | | | | | |
| 80. --JP Morgan Chase Cash Accounts | A | Dividend | K | T | | | | | |
| 81. --JP Morgan Tr I US Small Co. Cl C | A | Dividend | J | T | | | | | |
| 82. --JP Morgan Tr II Large Cap Growth (formerly JP Morgan Dynamic Growth) | D | Dividend | L | T | | | | | |
| 83. --Lincoln National Group (common) | A | Dividend | K | T | | | | | |
| 84. --Merck (common) | B | Dividend | K | T | | | | | |
| 85. --Pfizer (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Phillips 66 (common) | A | Dividend | K | T | | | | | |
| 87. --Sterling Cap FDS Mid Value FD (OVECX) | D | Dividend | K | T | | | | | |
| 88. --Walgreen's Boots Alliance (common) | C | Dividend | M | T | | | | | |
| 89. --Enbridge Inc. (common) (formerly Spectra Energy) | A | Dividend | J | T | | | | | |
| 90. --Ishares Core S&P Small Cap ETF | A | Dividend | K | T | Buy | 01/01/19 | K | | |
| 91. Corteva Inc. | A | Dividend | J | T | | | | | |
| 92. Dow Inc. | A | Dividend | J | T | | | | | |
| 93. | | | | | Sold (part) | 04/18/19 | J | A | |
| 94. Dupont De Nemours Inc. | A | Dividend | J | T | | | | | |
| 95. | | | | | Sold (part) | 06/05/19 | J | A | |
| 96. Invesco Exchange Traded Fd Tr Dynamic Lg Cap | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 97. Occidental Petroleum (formerly Anadarko Petroleum) | A | Dividend | J | T | | | | | |
| 98. Trust #3 (H) | | | | | | | | | |
| 99. --3-M (common) | B | Dividend | L | T | | | | | |
| 100. --Allstate (common) | A | Dividend | K | T | | | | | |
| 101. --Bank of America (common) | A | Dividend | J | T | | | | | |
| 102. --DowDuPont (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Exelon (common) | A | Dividend | J | T | | | | | |
| 104. --Exxon (common) | B | Dividend | K | T | | | | | |
| 105. --IBM (common) | A | Dividend | J | T | | | | | |
| 106. --JP Morgan Chase (common) | A | Dividend | K | T | | | | | |
| 107. --JP Morgan US Treasury Plus Money Market Acct. | A | Dividend | J | T | | | | | |
| 108. --Lincoln National Corp. (common) | A | Dividend | J | T | | | | | |
| 109. --Pfizer (common) | B | Dividend | L | T | | | | | |
| 110. --Sherwin Williams (common) | B | Dividend | M | T | | | | | |
| 111. Corteva Inc. | A | Dividend | J | T | | | | | |
| 112. Dow Inc. | A | Dividend | J | T | | | | | |
| 113. Dupont De Nemours Inc. | A | Dividend | J | T | | | | | |
| 114. Trust #4 (H) | | | | | | | | | |
| 115. --3-M (common) | C | Dividend | M | T | | | | | |
| 116. --Exxon Mobil (common) | D | Dividend | M | T | | | | | |
| 117. --McDonald's (common) | E | Dividend | O | T | | | | | |
| 118. --JP Morgan Chase Cash Account | A | Dividend | J | T | | | | | |
| 119. Trust #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 121. --25% of Moles Family Partnership (H) | | | | | | | | | |
| 122. ---NSIDX-Northern Funds Sall Cap Index Fund | A | Dividend | J | T | | | | | |
| 123. ---NOSIX-Northern Funds Stock Index Fund | B | Dividend | L | T | | | | | |
| 124. ---NOMIX-Northern Mid Cap Index Fund | A | Dividend | J | T | | | | | |
| 125. ---DVY-IShares Tr Dow Jones Select Divid Index Fd | A | Dividend | J | T | | | | | |
| 126. ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | A | Dividend | J | T | | | | | |
| 127. ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | B | Dividend | K | T | | | | | |
| 128. ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | A | Dividend | J | T | | | | | |
| 129. ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | A | Dividend | K | T | | | | | |
| 130. ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | A | Dividend | K | T | | | | | |
| 131. ---DFREX-Invt Dimensions Group Real Estate Secs Prt | A | Dividend | J | T | | | | | |
| 132. ---DFEVX-Emerging Markets Value Fd | A | Dividend | J | T | | | | | |
| 133. ---BHYIX Blackrock Fed High Yield Bond Portfolio | A | Dividend | J | T | | | | | |
| 134. ---QDF MFC Flexshares Trust Quality Div | A | Dividend | J | T | | | | | |
| 135. ---MFB Northern US Govt Money Mkt Fund (Cash Account) | A | Int./Div. | J | T | | | | | |
| 136. ---NFRA MFC Flexshares TR STOXX Global Broad | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust #6 (H) | | | | | | | | | |
| 138. --Farm land, Christian County, Illinois | E | Distribution | M | W | | | | | |
| 139. --JP Morgan Chase Cash Account | A | Distribution | K | T | | | | | |
| 140. Trust #7 (H) | | | | | | | | | |
| 141. --IShares MSCI EAFE Index Fund (EFA) | D | Dividend | K | T | Sold (part) | 08/27/19 | J | A | |
| 142. | | | | | Sold (part) | 11/22/19 | J | A | |
| 143. --Condominium Unit (real estate),TK Sarasota County, Florida | B | Rent | M | W | | | | | |
| 144. --JPM Cap Core Plus (JLPSX) NKA JPM L/ Cap Core -R6 (JLPYX) | A | Dividend | | | Sold | 04/04/19 | K | B | |
| 145. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | A | Dividend | K | T | Sold (part) | 04/04/19 | J | B | |
| 146. --Spdr S&P 500 ETF Trust (SPY) | C | Dividend | M | T | | | | | |
| 147. --MFS Intl Value Fd-I (MINIX) NKA MFS Intl Value -R6 (MINJX) | A | Dividend | K | T | Sold (part) | 04/04/19 | J | C | |
| 148. --American Fund Intl Vntg (AIVG) (formerly Cap Prv Client (CNUSX)) | B | Dividend | K | T | Sold (part) | 02/20/19 | J | A | |
| 149. --JPM Glbl R/E Fund (JEITX) NKA JPM Global R/E Fd (JEIYX) | C | Dividend | K | T | Sold (part) | 02/01/19 | K | C | |
| 150. --JP Morgan Tax Free Instl Sweep Fund (#840) | A | Interest | J | T | | | | | |
| 151. --Met West T/R CL I (MWTIX) NKA Met West T/R BD-PLN | A | Dividend | J | T | Sold (part) | 01/31/19 | J | A | |
| 152. ---AMG Mgr Pictet Intl (APCTX) NKA AMG Mgr Pic Intl (APCZX) | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 153. ---Ishares Inc MSCl Japan New (EWI) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   ---JP Morgan Cash Account | A | Interest | J | T | | | | | |
| 155.   ---Dodge & Cox Income Fd (DODIX) | A | Dividend | J | T | Sold (part) | 02/01/19 | J | A | |
| 156.   ---Ishares S&P 500/Barra Growth (IVW) | A | Dividend | J | T | | | | | |
| 157.   ---Ishares S&P 500/Barra Value (IVE) | A | Dividend | J | T | | | | | |
| 158.   ---Six Circles U.S. Unconstrained (CUSUX) | B | Dividend | L | T | Buy (add'l) | 01/03/19 | J | | |
| 159. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 160. | | | | | Buy (add'l) | 04/05/19 | K | | |
| 161.   ---JPMorgan BetaBuilders Canada ETF (BBCA) | A | Dividend | K | T | Buy (add'l) | 04/05/19 | J | | |
| 162.   ---Six Circles Int'l Unconstrained (CIUEX) | B | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 163. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 164.   ---JPMorgan BetaBuilders Europe (BBEU) | A | Dividend | K | T | Sold (part) | 03/05/19 | J | A | |
| 165.   ---JPMorgan BetaBuilders Japan (BBJP) | A | Dividend | J | T | | | | | |
| 166.   ---JPMorgan BetaBuilders Developed Asia (BBAX) | A | Dividend | J | T | | | | | |
| 167.   ---Six Circles Tax Aware Ultra Short | A | Dividend | J | T | | | | | |
| 168.   ---Ishares Barclays 1-3 year Treasury | A | Dividend | | | Sold (part) | 01/31/19 | J | A | |
| 169. | | | | | Sold (part) | 02/01/19 | J | A | |
| 170. | | | | | Buy (add'l) | 02/22/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 172. | | | | | Sold | 06/07/19 | K | A | |
| 173. ---Fidelity Intermediate Municipal | A | Dividend | | | | | | | |
| 174. ---Amer Funds T/E Bnd Fund AM-F3 | A | Dividend | K | T | Sold (part) | 02/01/19 | J | A | |
| 175. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 176. ---Fidelity 500 Index Fund | A | Dividend | J | T | Buy | 08/27/19 | K | | |
| 177. | | | | | Sold (part) | 11/22/19 | J | A | |
| 178. ---Fidelity Sch Str Tr (FIQZ) (formerly Fidelity Intermed. Muni) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | J | | |
| 179. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 180. ---Ishares 7-10 Year Treasury (IEF) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 181. ---Ishares 3-7 Year Treasury (IEI) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 182. ---Ishares Short Treasury (SHV) | A | Dividend | J | T | Buy | 06/11/19 | K | | |
| 183. | | | | | Sold (part) | 09/19/19 | J | A | |
| 184. Trust #8 (H) | | | | | | | | | |
| 185. --JPMORGAN CASH ACCOUNT | A | Interest | K | T | | | | | |
| 186. --SPDR 500 ETF TR (SPY) | D | Dividend | N | T | | | | | |
| 187. --JPM TX FREE (FUND 1374) NKA JPM Interim T/F R6 (JITZX) | C | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | C | Dividend | K | T | | | | | |
| 189. --MFS Intl Val Fd (MINIX) KNA MFS Intl Val Fd R6 (MINJX) | B | Dividend | K | T | Sold (part) | 02/20/19 | J | B | |
| 190. --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | C | Dividend | L | T | | | | | |
| 191. --Hartf.Cap. Appr. I (TTHX) KNA Har.Cap.Appr. F (HCAFX) | A | Dividend | | | Sold (part) | 03/01/19 | J | B | |
| 192. | | | | | Sold | 04/03/19 | J | A | |
| 193. --NEUBERGER BERMAN EQUITY --FDS MULCAP OPP INS FUND (NMULX) | A | Dividend | | | Sold | 04/03/19 | L | E | |
| 194. --ISHARES MSCI EAFE INDX FD (EFA) | C | Dividend | M | T | | | | | |
| 195. --JPM Glob R/E Idx Fd (JEITX) NKA JPM Glob R/E R6 (JEIYX) | D | Dividend | M | T | | | | | |
| 196. --Doubleline Total Ret Bond-I (DBLTX) | A | Dividend | K | T | Buy (add'l) | 12/27/19 | J | | |
| 197. ---AMG Mgr PicIntl (ACPTX) NKA AMG Mgr Pic Int Z (APCZX) | C | Dividend | | | Sold (part) | 02/20/19 | J | A | |
| 198. | | | | | Sold | 04/03/19 | K | B | |
| 199. ---Dodge & Cox Intl Stock Fd (DODFX) | A | Dividend | | | Sold (part) | 04/03/19 | J | B | |
| 200. | | | | | Sold | 08/23/19 | K | B | |
| 201. ---iShares Inc MSCI Japan New (EWJ) | A | Dividend | K | T | | | | | |
| 202. ---Dodge & Cox Income Fd (DODIX) | A | Dividend | | | Sold | 02/08/19 | J | A | |
| 203. ---Ishares S&P 500/Barra Growth Index (IVW) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  ---Ishares S&P 500/Barra Value Index (IVE) | A | Dividend | K | T | | | | | |
| 205.  ---Six Circles U.S. Unconstrained (CUSUX) | C | Dividend | M | T | Buy (add'l) | 01/10/19 | K | | |
| 206. | | | | | Buy (add'l) | 04/03/19 | L | | |
| 207. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 208.  ---JPMorgan BetaBuilders Canada ETF (BBCA) | B | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 209.  ---Six Circles Int'l (CIUEX) | A | Dividend | K | T | Buy (add'l) | 01/10/19 | J | | |
| 210. | | | | | Buy (add'l) | 04/03/19 | K | | |
| 211.  ---JPMorgan BetaBuilders Europe ETF (BBEU) | B | Dividend | K | T | | | | | |
| 212.  ---JPMorgan BetaBuilders Japan ETF (BBJP) | A | Dividend | K | T | | | | | |
| 213.  ---JPMorgan BetaBuilders Developed Asia (BBAX) | A | Dividend | J | T | | | | | |
| 214.  ---Six Circles Tax Aware Ultra Short | A | Dividend | K | T | Buy (add'l) | 12/27/19 | J | | |
| 215.  ---Ishares Barclays 1-3 year Treasurty | A | Dividend | | | Sold (part) | 01/10/19 | J | A | |
| 216. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 217. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 218. | | | | | Sold | 06/07/19 | L | A | |
| 219.  ---Ameri Funds T/E Bond Fund (AM-f3) | B | Dividend | L | T | Buy (add'l) | 12/27/19 | J | | |
| 220.  ---Ishares 7-10 Year Treasury (IEF) | A | Dividend | J | T | Buy | 09/23/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.   ---Ishares 3-7 Year Treasury (IEI) | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 222.   ---Ishares Short Treasury (SHV) | | | | | Buy | 06/07/19 | L | | |
| 223. | | | | | Sold (part) | 09/23/19 | K | A | |
| 224. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 225. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII, Investments and Trusts:

⬚⬚⬚⬚⬚ is the sole beneficiary of Trusts #2-#5 and has a 25% beneficial interest in Trusts #6 through #8. I have reported only the value of ⬚⬚⬚⬚ beneficial interest in these trusts.

Line 2: Dow DuPont spun off into two companies, Dow and DuPont; value of additional shares received in those stocks is included in their individual entries. Income recorded on Line 2 here was recieved prior to the breakup.

Line 6: Merrill Lynch Bank Deposit Program is a cash account associated with a Merrill Lynch Health Savings Account invested in Vanguard Information Tech ETF (reported on Line 20. Cash accumulated in the HSA was reported with this Line 6 entry. I transferred this HSA account to Fidelity on 7/19/19, making no changes to the investment in the Vanguard Information Tech ETF investment. This entry on Line 6 reflects the transfer of the accumulated cash in the Merrill Lynch HSA; receipt of that cash in the Fidelity HSA is reflected at Line 19 (Fidelity CORE Cash Sweep fund).

Line 21: Corteva is a spinoff from Dow (Line23). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 23: Dow is a spinoff from Dow DuPont (Line 2). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 24: Du Pont is a spinoff from Dow DuPont (Line 2). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 25: Wabtec is a spinoff from GE (Line 3). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 62: Trust #1 has no reportable assets. I did not create the Trust and am not a beneficiary.

Line 66: Anadarko Petroleum merged with Occidental Petroleum; the surviving entity is Occidental Petroleum, reported on Line98. Some shares of Anadarko were sold, rather than merged; that is the sale transaction reported on Line 67. The Gross Value at end of reporting period has been left blank due to merger; gross value is now reflected for Occidental Petroleum at Line 98.

Line 72: DowDupont split apart. This line reports income earned prior to breakup. Income and valuations for Dow and Dupont post-breakup are reported at Lines 93 and 95 respectively.

Line 90: Purchased on 8/3/2018; inadvertently omitted from 2018 report. Transaction is reported as of 1/1/19 (software will not permit use of the actual 2018 transaction date); value of initial purchase transaction is recorded.

Line 91: Corteva Inc. shares obtained as spinoff from DowDupont (Line 72). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 92: Dow Inc. shares obtained as a spinoff from DowDupont (Line 72). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 94: Du Pont is a spinoff from DowDuPont (Line 72). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 102: DowDupont split apart. This line reports income earned prior to breakup. Income and valuations for Dow and Dupont post-breakup are reported at Lines 112 and 113 respectively.

Line 111: Corteva Inc. shares obtained as spinoff from DowDupont (Line 102). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 112: Dow Inc. shares obtained as a spinoff from DowDupont (Line 102). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 113: Du Pont is a spinoff from Dow DuPont (Line 102). Software would not function properly; dialog box to input the source of the spinoff would not record entry of the data.

Line 148: Name change. Capital Private Client SVCS Cap Non-US Equities (CNUSX) became American Funds Intl Vantage fund (AIVG) as of 11/12/19.

Line 173: Fidelity Intermediate Municipal fund converted to Fidelity Scho Str Tr (FIQZ) (Line 178) ; income before conversion reported on this Line 173.

| Name of Person Reporting | Date of Report |
|---|---|
| **Tharp, John J.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544